231 So.2d 393

Joseph CASTILLE et al.

v.

UNITED STATES FIRE INSUR-ANCE CO.

No. 50358.

Feb. 27, 1970.

In re: Lee Rosette applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 229 So.2d 453.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.